# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| KNR HOLDINGS LLC, | Case No. 1:19-cv-00169-MRB |
| Plaintiff, | Judge Douglas R. Cole |
| v. | Magistrate Judge Karen L. Litkovitz |
| DIRECT MARKETING USA LLC, *et al*. | **STIPULATION OF DISMISSAL** |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Plaintiff, KNR Holdings LLC, and Defendants, Direct Marketing USA LLC, Charles G. Chevalier, and Thomas M. Melchiorre, through undersigned counsel, hereby stipulate to the dismissal of this action with prejudice. Each party to bear their own costs.

AGREED:

*/s/ Kevin L. Murphy*
Kevin L. Murphy (#0021810)
MURPHY LANDEN JONES PLLC
2400 Chamber Center Drive, Suite 200
P.O. Box 17534
Ft. Mitchell, KY  41017-0534
Telephone: (859) 578-3060
Fax: (859) 578-3061
KMurphy@MLJfirm.com
*Counsel for Plaintiff*

AGREED:

*/s/ Brian R. Redden* (per email authorization)
Brian R. Redden (OH Reg. #0070610)
Christen M. Steimle (OH Reg. #0086723)
BUECHNER HAFFER MEYERS &
KOENIG CO., LPA
221 East Fourth Street, Suite 2300
Cincinnati, OH 45202
Telephone: 513-579-1500
Fax: 513-977-4361
bredden@bhmklaw.com
csteimle@bhmklaw.com
*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 12th day of February, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties of record.

                                          */s/ Kevin L. Murphy*
                                          Kevin L. Murphy